# Affidavit of Service:
## United States District Court
## For the Southern District of Texas

Case number: 4:18-cv-00436
Plaintiff: Paul R.F. Schumacher
     v.
Defendant: Capital Advance Solutions LLC, et. al

Party Served: Capital Advance Solutions LLC, c/o Charles Betta, as Registered Agent/Executive
Date: 04/27/2018
Time: 9:13 PM
Place: 3 Oldwick Ct, Leonardo, NJ 07748
Documents Served: Summons in a Civil Action, Complaint, & Jury Trial Demanded

Description: I exited my vehicle and noticed that the subject was home. I approached the front door and knocked. The subject, Charles Betta, whom I immediately recognized, came to the door. I said "Charles?" The subject opened the door briefly, but realized that I was attempting to serve him papers, immediately slammed the door in my face, and said "Nope!".

As a precautionary measure, I called the local police department to notify them of my presence on the property as a process server attempting to serve legal papers. However, Mr. Betta also called the police simultaneously. Within minutes, police officers arrived at the property. I explained to the officers that I was attempting to serve legal papers to Mr. Betta and showed them the legal documents. The officers asked me why I was attempting to serve papers at night, to which I told them that I had already made several attempts during daytime hours and that I had been unable to catch Mr. Betta at home. The officers seemed to be understanding of the situation and offered to talk to Mr. Betta to ask him to accept the papers.

Mr. Betta opened his garage doors and came outside. The officers asked him his name and he said "Charles Betta". I then approached Mr. Betta, informed him that I was a process server, that he was being served with important legal paperwork, and handed him the legal documents. Mr. Betta looked down at the papers and expressed his frustration that he had been served at night, and asked why I couldn't have just served him at the office. I apologized for the inconvenience but told Mr. Betta that it was my belief that Capital Advance Solutions' office building was closed down, to which Mr. Betta said it was not. I apologized to the police for the inconvenience and thanked them for their assistance, and departed the premises in my vehicle.

I am over the age of eighteen (18), and have no interest in the above action. Under penalty of perjury, I declare that I have read the foregoing and that the facts as stated in it are true.

Dated: 4/28/2018

                KAMERON MARSHALL
              199 W. Chew Ave, Philadelphia, PA 19120
                    (267) 880-9363

# Affidavit of Service:
## United States District Court
## For the Southern District of Texas

Case number: 4:18-cv-00436
Plaintiff: Paul R.F. Schumacher
v.
Defendant: Charles Betta, et. al

Party Served: Charles Betta
Date: 04/27/2018
Time: 9:13 PM
Place: 3 Oldwick Ct, Leonardo, NJ 07748

Description: I exited my vehicle and noticed that the subject was home. I approached the front door and knocked. The subject, Charles Betta, whom I immediately recognized, came to the door. I said "Charles?" The subject opened the door briefly, but realized that I was attempting to serve him papers, immediately slammed the door in my face, and said "Nope!".

As a precautionary measure, I called the local police department to notify them of my presence on the property as a process server attempting to serve legal papers. However, Mr. Betta also called the police simultaneously. Within minutes, police officers arrived at the property. I explained to the officers that I was attempting to serve legal papers to Mr. Betta and showed them the legal documents. The officers asked me why I was attempting to serve papers at night, to which I told them that I had already made several attempts during daytime hours and that I had been unable to catch Mr. Betta at home. The officers seemed to be understanding of the situation and offered to talk to Mr. Betta to ask him to accept the papers.

Mr. Betta opened his garage doors and came outside. The officers asked him his name and he said "Charles Betta". I then approached Mr. Betta, informed him that I was a process server, that he was being served with important legal paperwork, and handed him the legal documents. Mr. Betta looked down at the papers and expressed his frustration that he had been served at night, and asked why I couldn't have just served him at the office. I apologized for the inconvenience but told Mr. Betta that it was my belief that Capital Advance Solutions' office building was closed down, to which Mr. Betta said it was not. I apologized to the police for the inconvenience and thanked them for their assistance, and departed the premises in my vehicle.

I am over the age of eighteen (18), and have no interest in the above action. Under penalty of perjury, I declare that I have read the foregoing and that the facts as stated in it are true.

Dated: 4/28/2018

KAMERON MARSHALL
199 W. Chew Ave, Philadelphia, PA 19120
(267) 880-9363