## Affidavit of Non-Service:
United States District Court
For the Southern District of Texas

Case number: **4:18-cv-00436**
Plaintiff: Paul R.F. Schumacher
v.
Defendant: Dan Logan, et. al

Party Not Served: Dan Logan
Date: 4/21/2018
Time: 2:30 PM
Place: 550 Cumberland St, Apt 2, Westfield, NJ 07090
Documents Not Served: Summons in a Civil Action, Complaint, & Jury Trial Demanded

**Description of Attempt #1:** I have past experience serving the defendant. It is known that Mr. Logan is approximately 55 years old and is the CFO of Capital Advance Solutions LLC.

Mr. Logan appears not to be home. I knocked on his door repeatedly, and no one answered. I spoke to a neighbor, who refused to provide his name. The neighbor, an older male, stated that Mr. Logan and his wife live there, but left about 2 hours ago. The neighbor did not know when Mr. Logan or his wife would return. The neighbor further stated that [Mr. Logan] was not really friends with him and they don't talk. I indicated I was attempting to deliver a package to him and that Mr. Logan personally needed to receive it. I asked if the man could call me when Mr. Logan got home, but the man said he could not help.

**Attempt #2:**
Date: 4/22/2018
Time: 4:06 PM
Place: 550 Cumberland St, Apt 2, Westfield, NJ 07090
Description: No one answers the door. I attempted to reach Mr. Logan via telephone. I spoke to a woman, possibly his wife, and informed her that I was looking for Dan and had a package to deliver. The women put the phone on speakerphone and a man identified himself as Dan, and asked if I was currently in Westfield. I said yes I was. Dan then stated that they were not going to be around for a while and he would not make it easy for me to find him, and that he "knew what was up". Mr. Logan is avoiding service.

I am over the age of eighteen (18), and have no interest in the above action. Under penalty of perjury, I declare that I have read the foregoing and that the facts as stated in it are true.

Dated: 4/28/2018

KAMERON MARSHALL
199 W. Chew Ave, Philadelphia, PA 19120
(267) 880-9363