## AFFIDAVIT OF NON-SERVICE

### UNITED STATES DISTRICT COURT
### District of Texas

Case Number: 418-CV-00436

Plaintiff:
**PAUL R. F. SCHUMACHER**

vs.

Defendant:
**CAPITAL ADVANCE SOLUTIONS LLC et al**

For:
Paul R. F. Schumacher
1512 Oakview St.
Bryan, TX 77802

Received by Accredited Process Service, LLC to be served on **Dan Logan, 1715 NJ 35, Middletown, NJ 07748**.

I, Stephen Helgeson, being duly sworn, depose and say that on the **11th day of April, 2018** at **11:15 am, I:**

**NON-SERVED** the **SUMMONS; COMPLAINT; ORDER FOR CONFERENCE AND DISCLOSURE OF INTERESTED PARTIES** for the reason that I failed to find **Dan Logan** or any information to allow further search. Read the comments below for further details.

**Additional Information pertaining to this Service:**
The address provided is a company called Highland Search Group, they stated that Capital Advance Solutions closed down and that Charles Betta and Dan Logan are not employed with them, no further information is available.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

Susan Rubio
Notary Public
New Jersey
My Commission Expires 2-21-22
No. 50055147

Subscribed and Sworn to before me on the 18th day of April, 2018 by the affiant who is personally known to me.

NOTARY PUBLIC

Stephen Helgeson
Process Server

**Accredited Process Service, LLC**
114 Greenwood Loop Road
Brick, NJ 08724
(732) 444-2432

Our Job Serial Number: SPH-2018000075