UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

Schumacher                                    CASE NO.: 4:18-CV-00436

v.

CAPITAL ADVANCE SOLUTIONS, LLC,
Et al.

----------------------------------/            ----------------------------------------------

## [Proposed] ORDER

This cause comes before the Court on Plaintiff's Motion for Alternate Service. The Court has reviewed the Motion and is fully informed of the premises. Accordingly, it is ordered that:

\_\_\_ Christopher D. Devanny is ordered to convey the copies of the complaint, summons, and order that were previously provided to him to Defendant Dan Logan and Mr. Logan is considered served, as of the date of this order.

\_\_\_ Alternate Service upon Dan Logan via Certified Mail will satisfy the service requirements of this case.

Motion is hereby APPROVED. So ordered this _____ day of _____, 2018

_____

Honorable Sim Lake

United States District Judge