UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:18-CV-0043b |
|---|---|---|---|

Paul R. F. Schumacher

versus

Capital Advance Solutions LLC, Charles Betta

*United States Courts Southern District of Texas FILED MAY 10 2018 David J. Bradley, Clerk of Court*

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Christopher D. Devanny<br>Kent and McBride<br>1715 Highway 35, Suite 305<br>middletown, NJ 07748<br>New Jersey state attorney Id 038281997<br>U.S. District Court of New Jersey 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 |
|---|---|

| Name of party applicant seeks to appear for: | Charles Betta and Dan Logan |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No  ✗

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 5-4-18 | Signed: /s/ |
|---|---|

| The state bar reports that the applicant's status is: active |
|---|
| Dated: 5/11/18 | Clerk's signature: /s/ |

### Order

This lawyer is admitted *pro hac vice*.

Dated: _____          _____
                                                                    United States District Judge