United States District Court
Southern District of Texas

**ENTERED**
May 16, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| | |
|---|---|
| Division | Houston |
| Case Number | 4:18-CV-00436 |

Paul R. F. Schumacher

*versus*

Capital Advance Solutions LLC, Charles Betta

United States Courts
Southern District of Texas
FILED
MAY 10 2018
David J. Bradley, Clerk of Court

| | |
|---|---|
| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Christopher D. Devanny<br>Kent and McBride<br>1715 Highway 35, Suite 305<br>Middletown, NJ 07748<br>New Jersey state attorney Id 038281997<br>U.S. District Court of New Jersey. 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 |

| | |
|---|---|
| Name of party applicant seeks to appear for: | Charles Betta and Dan Logan |

Has applicant been sanctioned by any bar association or court? Yes ___ No **X**

On a separate sheet for each sanction, please supply the full particulars.

Dated: 5-4-18    Signed: [signature]

The state bar reports that the applicant's status is: **active**

Dated: 5/11/18    Clerk's signature: [signature]

### Order

This lawyer is admitted *pro hac vice*.

Dated: 05-16-18

[signature]
U.S. MAGISTRATE JUDGE