UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| *Plaintiff(s)*<br><br>PAUL R. F. SCHUMACHER,<br><br>- against -<br><br>*Defendant*(s)<br><br>CAPITAL ADVANCE SOLUTIONS, LLC, CHARLES BETTA AND DAN LOGAN | Case No. 4:18-cv-00436<br><br><br><br>**ORDER EXTENDING TIME TO FILE A RESPONSIVE PLEADING OR MOTION** |

THIS REQUEST FOR AN EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING OR MOTION has been submitted to the Court by Kent & McBride, P.C., attorneys for defendant CHARLES BETTA. The Court having considered the arguments of counsel, if any, and for GOOD CAUSE shown,

**IT IS** on this _____ day of May 2018;

**ORDERED** that the time within which the said Defendant may serve and file a responsive pleading to the Complaint or Motion is hereby extended for a period of fourteen (14) days; and it is further

**ORDERED** that the defendant does not waive any applicable defenses, including but not limited to the defenses of improper service of process and lack of personal jurisdiction; and it is further

**ORDERED** that a true copy of this Order shall be served on all counsel within ___ days of the date hereof.

_____
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

The undersigned counsel of record hereby certifies that on May 22, 2018, a true and exact copy of this Order to Extend Time to Answer or file a Motion was served upon the following individuals through the Court's electronic filing system and the United States Mail:

Paul R. F. Schumacher, pro se
1512 Oakview Street
Bryan, TX 77802

KENT & MCBRIDE, P.C.

_____
Christopher D. Devanny, Esq. (3719)
Kent & McBride, P.C.
*Attorneys for Defendant,*
*Charles Betta*
One Arin Park
1715 Highway 35, Suite 305
Middletown, New Jersey 07748
732-326-1711
cdevanny@kentmcbride.com

Dated: May 22, 2018