United States District Court
Southern District of Texas
**ENTERED**
June 18, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| PAUL R.F. SCHUMACHER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-18-436 |
| | § | |
| CAPITAL ADVANCE SOLUTIONS, LLC, et al., | § | |
| | § | |
| | § | |
| Defendants. | § | |

## ORDER

Pending before the court is Plaintiff's Motion for Alternate Service (Doc. 8). Having reviewed the motion and all related briefing, the court **GRANTS** the motion and **ORDERS** Plaintiff to serve the complaint and citation on Dan Logan in both of the following ways: (1) by registered or certified mail, return receipt requested; and (2) by taping a copy of the complaint and citation to the front door of Dan Logan's residence, which Plaintiff represents is located at 550 Cumberland St., Apt. 2, Westfield, New Jersey, 07090.

**SIGNED** in Houston, Texas, this 18th day of June, 2018.

Nancy K. Johnson
United States Magistrate Judge