# Attachment A

## Table of Expenses and Receipts

| Amount | Date | Page | Betta | Logan | Vendor |
|---|---|---|---|---|---|
| $145.00 | 10-Apr | 2 | $110.00 | $35.00 | Accredited Process Service LLC |
| $75.00 | 12-Apr | 3 | $75.00 | | Accredited Process Service LLC |
| $600.00 | 29-Apr | 4 | $600.00 | | Final Verdict Solutions |
| $59.99 | 25-Jun | 5 | | $59.99 | Guaranteed Subpoena Service, Inc. |
| $12.90 | 19-Jun | 6 | | $12.90 | USPS |
| $892.89 | | | $785.00 | $107.89 | TOTAL |

**Accredited Process Service LLC**
114 Greenwood Loop Road
Brick, NJ  08724 US
732-444-2432
accreditedprocess@gmail.com
www.accreditedprocessservice.com



**BILL TO**
Paul R. F. Schumacher
1512 Oakview St.
Bryan, TX  77802

**INVOICE #** 5415
**DATE** 04/10/2018
**DUE DATE** 05/10/2018
**TERMS** Net 30

| ACTIVITY | AMOUNT |
|---|---|
| **Process Serving**<br>Capital Advance Solutions LLC Middletown NJ | 75.00 |
| **Process Serving**<br>Dan Logan same address | 35.00 |
| **Process Serving**<br>Charles Betta same address | 35.00 |

Please make check payable to Accredited Process Service.

PAYMENT 145.00
BALANCE DUE **$0.00**

*PAID*

Thank you for your business.

**Accredited Process Service LLC**
114 Greenwood Loop Road
Brick, NJ  08724 US
732-444-2432
accreditedprocess@gmail.com
www.accreditedprocessservice.com



**BILL TO**
Paul R. F. Schumacher
1512 Oakview St.
Bryan, TX  77802

**INVOICE #** 5418
**DATE** 04/12/2018
**DUE DATE** 05/12/2018
**TERMS** Net 30

| ACTIVITY | AMOUNT |
|---|---|
| **Process Serving**<br>2nd address Charles Betta and Capital Advance Soluitions | 75.00 |

Please make check payable to Accredited Process Service.

PAID

PAYMENT  75.00
BALANCE DUE  **$0.00**

Thank you for your business.

# INVOICE

## Final Verdict Solutions

**Paid**

James Shelton
316 covered bridge rd
King of Prussia, PA 19406
United States

Phone: 484-626-3942
Fax: 888-329-0305
jamieshelton66@yahoo.com
www.finalverdictsolutions.com

Invoice #: 0001
Invoice Date: Apr 29, 2018
Due date: Apr 29, 2018

Amount due:
**$0.00**

Bill To:

'Paul R. F. Schumacher'

paul.r.f.schumacher@gmail.com

| Description | Quantity | Price | Amount |
|---|---|---|---|
| Service of Process- Capital Advance Solutions LLC<br>Capital Advance Solutions LLC<br>Unsuccessful Attempts Made on 4/21/18 & 4/22/18<br>Successful Service Made on 4/27/18 at 9:13 PM | 1 | $300.00 | $300.00 |
| Service of Process- Charles Betta<br>Charles Betta, 3 Oldwick Ct, Leonardo, NJ 07748<br>Unsuccessful Attempts Made on 4/21/18 & 4/22/18<br>Successful Service Made on 4/27/18 at 9:13 PM | 1 | $300.00 | $300.00 |
| | | Subtotal | $600.00 |
| | | Total | $600.00 |

**YOU CAN NOW RETRIEVE A COPY OF THIS INVOICE ONLINE AT WWW.SERVED.COM-- CLICK ON MY ACCOUNT!**

**Guaranteed Subpoena Service, Inc.**
P.O. Box 2248 - Union, New Jersey 07083
(908) 687-0056   (800) 672-1952
Fax: (908) 688-0885  Tax ID 22-2393485
www.Served.com

**YOU CAN NOW PRINT A RECEIPT ONLINE AS A PAYMENT CONFIRMATION FOR YOUR RECORD. SAVE A STAMP, TIME AND EFFORT AND PAY THIS INVOICE ONLINE! YOU MAY USE VISA, MASTERCARD, AMERICAN EXPRESS, DISCOVER OR EVEN A PAYPAL ACCOUNT!**

   

# INVOICE

PAUL R.F. SCHUMACHER, PRO SE
PAUL R. F. SCHUMACHER, PRO SE
1512 OAKVIEW STREET
BRYAN TX 77802

INVOICE #:     20180619134858
AMOUNT DUE:    $59.99
DUE DATE:      7/25/2018

**WE RESERVE THE RIGHT TO CHARGE 18% APR INTEREST (0.049315% DPR PAST THE DUE DATE) ON ALL UNPAID BALANCES.**

Tear along the perforation and keep the middle stub for your records! Return the bottom stub with your payment. Thank you for your business!

| | |
|---|---|
| AMOUNT DUE: **$59.99** | INVOICE#: **20180619134858**     INVOICE DATE: **6/25/2018** |
| ATTORNEY: | PAUL R. F. SCHUMACHER, PRO SE |
| FIRM: | PAUL R.F. SCHUMACHER, PRO SE |
| PLAINTIFF: | PAUL R. F. SCHUMACHER |
| DEFENDANT: | CAPITAL ADVANCE SOLUTIONS LLC, ET AL |
| DOCKET#: | 4 18 CV 00436     CLAIM#: |
| ENTITY SERVED: | DAN LOGAN |
| SERVED WITH: | SUMMONS, ORDER FOR CONFERENCE AND DISCLOSURE OF INTERESTED PARTIES, JOINT D |
| SERVED DATE: | **6/22/2018**     COURT DATE: |

| | | |
|---|---|---|
| ATTENDANCE FEE: | $0.00 | PAYMENT SENT ON:  \|__\|__\| / \|__\|__\| / \|__\|__\| |
| SERVICE FEE: | $59.99 | |
| MILEAGE FEE: | $0.00 | AMOUNT PAID:   \|__\|__\| , \|__\|__\|__\| . \|__\|__\| |
| PRIORITY FEE: | $0.00 | |
| PICKUP FEE: | $0.00 | [ ] CHECK |
| INCORRECT ADDRESS FEE: | $0.00 | [ ] VISA |
| POSTAL FORWARDING FEE: | $0.00 | [ ] MASTERCARD |
| CASH ATTACHED: | $0.00 | [ ] DISCOVER |
| WAIT TIME 0.00 | $0.00 | [ ] AMERICAN EXPRESS |
| NOTARY/MISC. FEE: | $0.00 | |
| TOTAL: | **$59.99** | CARD/CHECK#: \|__\|__\|__\|__\|__\|__\|__\|__\|__\|__\|__\|__\|__\|__\|__\|__\| |

Tear along the perforation and keep the middle stub for your records! Return the bottom stub with your payment. Thank you for your business!

**YOUR STATEMENT OF ALL UNPAID INVOICES CAN BE VIEWED ONLINE ANYTIME WITH YOUR FIRM ID**

PAUL R.F. SCHUMACHER, PRO SE
1512 OAKVIEW STREET
BRYAN TX 77802

INVOICE #:     20180619134858
AMOUNT DUE:    $59.99
DUE DATE:      7/25/2018

For the fastest resolution to your billing inquiry, email us at:
**Billing@Served.com**

[ ] CHECK

[ ] Visa   [ ] MasterCard   [ ] Discover   [ ] American Express

CARD #: \|__\|__\|__\|__\|__\|__\|__\|__\|__\|__\|__\|__\|__\|__\|__\|__\|

GUARANTEED SUBPOENA SERVICE, INC.
**WWW.SERVED.COM**
P.O. BOX 2248
UNION, NJ 07083

EXPIRATION: \|__\|__\| / \|__\|__\|

SIGNATURE: _____


20180619134858

**\*\*\* To Pay Online Go To "My Account" \*\*\***

