```
                    UNITED STATES DISTRICT COURT
                 FOR THE SOUTHERN DISTRICT OF TEXAS
                          HOUSTON DIVISION
```

Paul R. F. Schumacher,           §
                                 §
                                 §
    Plaintiff                §
                                 §
V.                               §
                                 §        CA-H-18-436
Capital Advance Solutions,       §
LLC et al

    Defendants

### NOTICE OF SETTING HEARING

    TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.

PLACE:         BOB CASEY FEDERAL BUILDING
               515 RUSK
               HOUSTON, TEXAS 77002
               COURTROOM 700, 7TH FLOOR

**DATE**:      December 19, 2018

TIME:          **10:00 A.M.**

TYPE OF PROCEEDING: Motion Hearing.
                    Motion to Compel #29

**OUT OF TOWN COUNSEL MAY APPEAR BY TELEPHONE. PLEASE CALL 1-857-216-6700, CONFERENCE CODE: 803530.**

## PLAINTIFF MUST APPEAR IN PERSON.

NANCY K. JOHNSON
UNITED STATES MAGISTRATE JUDGE          DATE:11.26.2018


/S/ Shannon Jones
(BY) DEPUTY CLERK
TO: ALL PARTIES OF RECORD