United States District Court
Southern District of Texas

**ENTERED**
December 21, 2018
David J. Bradley, Clerk

**COURTROOM MINUTES- ORDER**
JUDGE NANCY K. JOHNSON  PRESIDING
DATE: December 19, 2018
ERO:   Yes
MORNING 10:00-10:12AM            AFTERNOON
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CIVIL  NO  4:18cv436

APPEARANCES:

Paul R.F. Schumacher,                              Pro Se **(By phone)**

            Plaintiff
vs.

Capital Advance Solutions, LLC et al        Christopher D. Devanny
                                                                **(By phone)**

            Defendants

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

DOCKET ENTRY

NKJ: Motion Hearing.

Defendants' Cross–Motion to Stay Discovery (Doc. 33) is GRANTED. Plaintiff's Motion to Compel Disclosure (Doc. 29) and the above motion will be taken under advisement until the court's ruling on the pending motions to dismiss

    SIGNED in Houston, Texas, this 21st  day of December, 2018.

_____
U.S. MAGISTRATE JUDGE