Joshua Jones #2090088
Connally Unit
899 FM 632
Kenedy, TX



JAN 10 2019

David J. Bradley, Clerk of Court

United States Dist
Clerk's Office
575 Rusk St, Rm 5
Houston, TX 77002
770

