IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Paul R. F. Schumacher, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-18-0436 |
| | § | |
| Capital Advance Solutions, LLC, Charles Betta, and Dan Logan | § | |
| | § | |
| Defendants. | § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

Having reviewed *de novo* the Magistrate Judge's Memorandum and Recommendation (Docket Entry No. 39) dated January 22, 2019, and the objections thereto, the court is of the opinion that said Memorandum and Recommendation should be adopted by this court.

It is, therefore, **ORDERED** that the Memorandum and Recommendation is hereby **ADOPTED** by this court. It is further **ORDERED** that the parties participate in jurisdictional discovery for a period of 60 days from the date of this order, limited to the issues of personal jurisdiction over Defendants and whether the corporate veil should be pierced.

**SIGNED** at Houston, Texas, this 4th day of March, 2019.

SIM LAKE
UNITED STATES DISTRICT JUDGE