IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| Paul R. F. Schumacher,<br><br>               Plaintiff, pro se,<br><br>v.<br><br>Capital Advance Solutions LLC, Charles Betta and Dan Logan,<br><br>               Defendants. | Civil Action No. 4:18-cv-00436<br><br>**ORDER** |

**THIS MATTER**, comes before the Court on Plaintiff's Omnibus Motion to Compel Disclosure and for Contempt. The Court has reviewed the Motion and Defendants opposition thereto.

**IT IS** on this _____ day of _____ 2019:

**ORDERED** that the plaintiff's motion to compel discovery is denied as moot as the defendants have served discovery responses; and it is further

**ORDERED** that the plaintiff's motion for contempt against the defendants is DENIED; and it is further

**ORDERED** that the plaintiff's motion for contempt against Christopher D. Devanny, Esq. is DENIED; and it is further

**ORDERED** that the plaintiff's application to extend jurisdictional discovery is hereby granted and that discovery is extended for ____ days; and it is further

**ORDERED** that the plaintiff's motion to limit the defendants time to file a response to future discovery demands to 15 days is hereby DENIED; and it is further

**ORDERED AND DECREED** that a true copy of this Order shall be served upon all counsel and/or parties within _____ days of the date hereof.

_____
Magistrate Judge