United States District Court
Southern District of Texas
**ENTERED**
May 29, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

Schumacher                                    CASE NO.: 4:18-CV-00436

v.

CAPITAL ADVANCE SOLUTIONS, LLC,
Charles Betta,

Dan Logan

----------------------------------/

### [Proposed] ORDER

This cause comes before the Court on Plaintiff's Motion to Compel Disclosure. The Court has reviewed the Motion and is fully informed of the premises. Accordingly, it is ordered that:

Jonathan Fry as registered agent for Channel Growth LTD. CO. at address 1525 Lakeville Dr Ste 121 Kingwood Tx 77339 is ordered to provide the information requested by bullet points #1, 5, 6, and 7 in the attached updated subpoena on or before the date _June 21, 2019_

Lindsay Johnson as agent for First Pacific Marketing, LLC at address 1048 Irvine Ave Ste 235 Newport Beach CA 92660-4602 is ordered to provide the information requested by bullet points #1, 5, 6, and 7 in the attached updated subpoena on or before the date _June 21, 2019_

Motion is hereby APPROVED. So ordered this _29th_ day of _May_, 2019

Honorable Nancy K. Johnson
Magistrate Judge