# KENT/McBRIDE

**1715 Highway 35, Suite 305**
**Middletown, NJ. 07748**
**Phone: 732 326 1711**
**Fax: 732 326 1830**
**www.kentmcbride.com**

Christopher D. Devanny, Esquire
Direct Dial: 732 781 1307
cdevanny@kentmcbride.com

July 24, 2019

**Via: E-File and Regular Mail**
Magistrate Judge Nancy K. Johnson
United States District Court
Southern District of Texas
515 Rusk Street
7th Floor, Room 7019
Houston, Texas 77002

RE:   **Paul R. F. Schumacher v. Capital Advance Solutions, LLC, Charles Betta**
      **and Dan Logan**
      **Case Number: 4:18-cv-00436**
      **File No.: 263.92243**

Dear Judge Johnson:

This office represents defendants Charles Betta and Dan Logan relative to the above-referenced matter currently pending in the Federal District Court of Texas, Southern District.

Your Honor granted the plaintiff additional time to conduct jurisdictional discovery. The plaintiff recently completed discovery. On July 22, 2019 plaintiff filed a memorandum of law in support of his jurisdictional argument. In support of the plaintiff's argument, plaintiff relies on documents received from Channel Growth via subpoena. Plaintiff served the defendants with Channel Growth's response to plaintiff's subpoena on July 23, 2019. The defendants will be filing a response to the plaintiff's memorandum and a motion to dismiss plaintiff's complaint shortly.

Should Your Honor have any further questions or concerns, please feel free to contact the undersigned. Thank you.

Respectfully yours,

Christopher D. Devanny

CDD/vr
Encl
cc:   Paul R. F. Schumacher

G:\C Devanny\Capital Advance Solutions\Schumacher\Court\2019 07-24 Ltr to Judge re Memorandum of Law.wpd

Philadelphia, PA • Blue Bell, PA • Pittsburgh, PA • Cherry Hill, NJ • Pleasantville, NJ • Wilmington, DE • New York, NY

