# Exhibit C

Subpoena to Product Documents Response

Item 1: Channel Growth did not make any calls to 979 575 0107. Channel Growth acted as a broker in selling leads to Capital Advance Solutions that were generated by a 3rd party. From Channel Growth's internal records and lead lists, we have no record of 979 575 0107 being called by a 3rd party either. This 3rd party is overseas and is no longer in business. We were not able to get a hold of any representative who formerly worked for this 3rd party to acquire any additional documents or records.

Item 2: Channel Growth did not make any calls to the 979 area code. Channel Growth acted as a broker in selling leads to Capital Advance Solutions that were generated by a 3rd party. From Channel Growth's internal records and lead lists, we have recorded 4 calls/leads that were made to the 979 area code by a 3rd party. None of these calls were to 979 575 0107. The 3rd party is overseas and is no longer in business. We were not able to get a hold of any representative who formerly worked for this 3rd party to acquire any additional documents records.

Item 3: We passed on 2,400 leads to Capital Advance Solutions in 2015-2016. Capital advance solutions received an excel worksheet each week with the leads.

Item 4: We passed on 500 leads to Capital Advance Solutions in 2015-2016 from Texas.

Item 5: I can not locate any contracts between Channel Growth and Capital Advance Solutions. I do not know that there were ever any signed agreements between Channel Growth and Capital Advance Solutions. Capital Advance Solutions was aware of the TCPA compliance guidelines that we had in place for our vendors.

Item 6: Channel Growth requires all companies who generate leads for it to comply with TCPA guidelines. The guidelines they are required to follow are included on the following page.

Item 7: There has been absolutely no contact (written or otherwise) between Channel Growth and any current or former employees/representatives of Capital Advance Solutions in 2019. I have no records of communication with Capital Advance Solutions regarding compliance in March/April of 2016.

**TCPA Compliance Guidelines**

1. You only call small businesses in the United States.

2. You must be registered with the National DNC registry. You must have a SANS number that we use to download and update the national DNC list on a monthly basis.   If any numbers on your list match a number that is in the National DNC list then it is removed and may not be dialed.

3. You must then separate out the landlines from the mobile numbers. Mobile numbers must be manually dialed.

4. You may not use robocall, pre-recorded messages, or Avatar in any way shape or form at any time.

5. Your call drop rates must be below 1%.

6. You must use active caller IDs which ring back to a live agent.

7. You must spread out the list/campaign dialing over months as opposed to days and weeks.  You are not to call businesses excessively.

8. You will not dial any time zone before 9am in that given time zone.

9. If a customer is asked to be added to the DNC, your agent must add them to the universal DNC list. This means that this merchant is not contacted again.