# Exhibit E

IN THE UNITED STATES DISTRICT COURT
SOUTHER DISTRICT OF TEXAS

| | |
|---|---|
| Paul R. F. Schumacher,<br><br>　　　　　Plaintiff, pro se,<br><br>v.<br><br>Capital Advance Solutions LLC, Charles Betta, and Dan Logan,<br><br>　　　　　Defendants. | Civil Action No. 4:18-cv-00436<br><br>**AFFIDAVIT OF DEFENDANT CHARLES BETTA** |

The undersigned, Charles Betta, of full age, being duly sworn according to law, deposes and says under the penalty of perjury:

1. I make this Affidavit in support of my Motion to Dismiss plainitff Paul R. F. Schumacher's Complaint for failure to state a claim upon which relief can be granted, pursuant to *Federal Rule of Civil Procedure* 12(b)(6).

2. I am domiciled in the State of New Jersey and I have no business or personal ties to the State of Texas.

3. I do not and have never owned any real property in the State of Texas.

4. I do not and have never had any relationship with plainitff, Paul R. F. Schumacher, and I do not know where Mr. Schumacher resides.

5. At the time plaintiff allegedly received telemarketing calls from Capital Advance Solutions, LLC, I was an employee of Capital Advance Solutions, LLC.

6. Capital Advance Solutions, LLC is a New Jersey corporation that has no business ties to the State of Texas

7. Capital Advance Solutions, LLC has never had any business locations in the

State of Texas.

8. Capital Advance Solutions, LLC does not and has never owned any real property in the State of Texas.

9. I did not call plainitff Paul R. F. Schumacher, or direct calls to be placed to Mr. Schumacher, as alleged in plaintiff's Complaint.

10. I am unaware of any call made to plaintiff Paul R. F. Schumacher on my behalf, or on behalf of Capital Advance Solutions, LLC, as alleged in plaintiff's Complaint.

I hereby certify that the foregoing statements are true to the best of my knowledge. I understand that if any of the foregoing statements are willfully false, I may be subject to punishment.

_____
Charles Betta

Dated: June 1, 2018

Sworn and subscribed to
before me this  1st  day
of  June , 2018.

_____
Jessica Fentini
Attorney ID # 193012017