IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| Paul R. F. Schumacher,<br><br>　　　　　Plaintiff, pro se,<br><br>v.<br><br>Capital Advance Solutions LLC, Charles Betta, and Dan Logan,<br><br>　　　　　Defendants. | Civil Action No. 4:18-cv-00436<br><br>**ORDER** |

**THIS MATTER** comes before the court on Defendants Charles Betta's and Dan Logan's Motion to Dismiss pursuant to Federal Rules of Civil Procedure 12(b)(2) and 12(b)(6). The Court has reviewed the Motion and Plaintiff's opposition thereto.

**IT IS** on this _____ day of _____, 2019:

**ORDERED** that Defendant Charles Betta's motion to dismiss the Complaint for lack of personal jurisdiction pursuant to Fed. R. Civ. P. 12(b)(2) is hereby granted; and it is further

**ORDERED** that Defendant Dan Logan's motion to dismiss the Complaint for lack of personal jurisdiction pursuant to Fed. R. Civ. P. 12(b)(2) is hereby granted; and it is further

**ORDERED** that Defendant Charles Betta's motion to dismiss the Complaint for failure to state a claim on which relief can be granted pursuant to Fed. R. Civ. P.

1

12(b)(6) is hereby granted; and it is further

**ORDERED** that Defendant Dan Logan's motion to dismiss the Complaint for failure to state a claim on which relief can be granted pursuant to Fed. R. Civ. P. 12(b)(6) is hereby granted; and it is further

**ORDERED AND DECREED** that a true copy of this Order shall be served upon all counsel and/or parties within _____ days of the date hereof.

_____

Honorable Nancy K. Johnson