United States District Court
Southern District of Texas
**ENTERED**
October 09, 2019
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| PAUL R. F. SCHUMACHER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-18-0436 |
| | § | |
| CAPITAL ADVANCE SOLUTIONS, | § | |
| LLC, CHARLES BETTA, AND | § | |
| DAN LOGAN, | § | |
| | § | |
| Defendants. | § | |

## ORDER

Pending before the court is Plaintiff's Motion for Default Judgment against Defendant Capital Advance Solutions (Doc. 51). There is no indication in the record that Plaintiff has complied with Local Rule 5.5, which requires that motions for default judgment "be served on the defendant-respondent by certified mail (return receipt requested)." Accordingly, Plaintiff has fourteen days from his receipt of this order to comply with Local Rule 5.5 before the court will consider his motion.

**SIGNED** in Houston, Texas, this 9th day of October, 2019.

_____
U.S. MAGISTRATE JUDGE