United States District Court
Southern District of Texas
**ENTERED**
November 26, 2019
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| PAUL R. F. SCHUMACHER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-18-0436 |
| | § | |
| CAPITAL ADVANCE SOLUTIONS, | § | |
| LLC, CHARLES BETTA, AND | § | |
| DAN LOGAN, | § | |
| | § | |
| Defendants. | § | |

### ORDER ADOPTING MAGISTRATE JUDGE'S
### MEMORANDUM AND RECOMMENDATION

Having reviewed *de novo* the Magistrate Judge's Memorandum and Recommendation (Docket Entry No. 55) dated October 9, 2019, and the objections thereto, the court is of the opinion that said Memorandum and Recommendation should be adopted by this court.

It is, therefore, **ORDERED** that the Memorandum and Recommendation is hereby **ADOPTED** by this court. It is further **ORDERED** that Defendants Charles Betta and Dan Logan are **DISMISSED** from this lawsuit without prejudice.

The Clerk shall send copies of this Order to the respective parties.

**SIGNED** at Houston, Texas, this **26th** day of November, 2019.

_____
SIM LAKE
UNITED STATES DISTRICT JUDGE