United States District Court
Southern District of Texas
**ENTERED**
March 17, 2020
David J. Bradley, Clerk

**COURTROOM MINUTES- ORDER**
JUDGE NANCY K. JOHNSON  PRESIDING
DATE: March 17, 2020
ERO:   Yes
MORNING 9:57-10:21AM        AFTERNOON
**********************************************************************************

CIVIL  NO  4:18cv436

APPEARANCES:

Paul R.F. Schumacher,                               Pro Se **(by phone)**

              Plaintiff
vs.

Capital Advance Solutions, LLC

              Defendant

**********************************************************************************
DOCKET ENTRY

NKJ: Hearing on Damages.

The court heard testimony from Plaintiff concerning his damages.  M&R to follow.

        SIGNED in Houston, Texas, this 17th  day of March, 2020.

Nancy K. Johnson
United States Magistrate Judge