United States District Court
Southern District of Texas
**ENTERED**
June 25, 2020
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| PAUL R. F. SCHUMACHER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-18-0436 |
| | § | |
| CAPITAL ADVANCE SOLUTIONS, LLC, CHARLES BETTA, and DAN LOGAN, | § § § | |
| | § | |
| Defendants. | § | |

## FINAL JUDGMENT

In conformity with the Order Adopting Memorandum and Recommendation dated November 26, 2019 (Docket Entry No. 60), and the Order Adopting Memorandum and Recommendation entered this date, it is **ADJUDGED** that Plaintiff Paul R. F. Schumacher have judgment against Defendant Capital Advance Solutions, LLC, in the amount of $28,000, together with post judgment interest at the rate of 0.18% per annum.

This is a **FINAL JUDGMENT**.

Plaintiff is awarded his taxable costs.

**SIGNED** at Houston, Texas, this 25th day of June, 2020.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE