## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

Schumacher

v.

CAPITAL ADVANCE SOLUTIONS, LLC,

Charles Betta,

Dan Logan

----------------------------------/

CASE NO.: 4:18-CV-00436

-------------------------------------------------

**SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS IN A CIVIL ACTION**

To: Charles Betta, 3 Oldwick Ct, Leonardo, NJ 07748

Production: **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information or objects, and to permit inspection, copying, testing, or sampling of the material for Capital Advance Solutions, LLC:

- A statement of current assets, including cash and non-cash assets, as well as any payables or debts owed to the company.
- Every bank account held by the company from Jan-2016 until present, including:
  - Institution and Branch
  - Current value
  - Account Number
  - Name on the account
  - If closed, date closed and to which accounts or entities the funds remaining were transferred on or shortly before closure.
- The certificate of dissolution or termination of the business (if any) from the secretary of state (NJ) recording the termination of the LLC.
- A statement of ownership percentages (as usually filed as part of Form 1065 if a partnership or LLC) for the years 2016-2020.

1

Subpoena to Produce Documents, Information, or Objects in a Civil Action

- A trial balance statement and P&L statement for the company for the EOY accounting for 2016-2019, and current date (if any), including equity value held by partners or owners of the company, by partner or owner.
- A statement of all assets or payments disbursed to the owners for the above period, including the disposition of assets upon termination (if any) of the company.

To be attested to by affidavit by Mr. Betta as owner and agent of the company, or by its current custodian of records (if different).

Place: Via e-mail from your ordinary place of business, to the email address: Paul.R.F.Schumacher@gmail.com, on or before the specified date.

Date and Time DUE: 45 calendar days after date of issuance, by 5:00 pm EST

Date Requested : 04-AUG-2020

_____ OR _____

*Signature of Clerk or Deputy Clerk*                          *Attorney's Signature*

The name, e-mail address, and telephone number of the pro se litigant, Paul Schumacher, who issues or requests this subpoena, are: Paul R. F. Schumacher (pro se); Paul.R.F.Schumacher@gmail.com; 979-476-8326.