UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

Schumacher                                         CASE NO.: 4:18-CV-00436
v.
CAPITAL ADVANCE SOLUTIONS, LLC,
Charles Betta,
Dan Logan
-----------------------------------/                  -----------------------------------------------

**SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS IN A CIVIL ACTION**

To: Affinity Federal Credit Union, 73 Mountainview Blvd., P.O. Box 621, Basking Ridge, NJ 07920

Production: **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information or objects, and to permit inspection, copying, testing, or sampling of the material:

- A list of all accounts owned or managed by or in the name of Charles Betta, either currently or within the last three years (going back to 01-01-2018).

- A list of all accounts owned or managed by or in the name of Capital Advance Solutions, LLC, either currently or within the last three years (going back to 01-01-2018).

- Current balances for the above accounts if still active.

- If any account listed above has been closed, then for that account, also include:
    - the date of closure
    - the authorized party that closed it
    - the final balance before closure
    - Either an average balance from the prior statement OR a list of daily balances from the prior statement period.
    - If a payment or transfer was made to close out the account, the name of the entity or the account that payment was made or transferred to.

| | |
|---|---|
| Place: Via e-mail from your ordinary place of business, to the email address: Paul.R.F.Schumacher@gmail.com, on or before the specified date. | Date and Time DUE: 45 calendar days after date of issuance, by 5:00 pm EST<br><br>Date Requested : 04-AUG-2020 |

_____      OR      _____

*Signature of Clerk or Deputy Clerk*                                             *Attorney's Signature*

The name, e-mail address, and telephone number of the pro se litigant, Paul Schumacher, who issues or requests this subpoena, are: Paul R. F. Schumacher (pro se); Paul.R.F.Schumacher@gmail.com; 979-476-8326.