UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

Schumacher
v.
CAPITAL ADVANCE SOLUTIONS, LLC,
Charles Betta,
Dan Logan
-----------------------------------/

CASE NO.: 4:18-CV-00436

United States Courts
Southern District of Texas
F I L E D

AUG 2 0 2020

_____David J. Bradley, Clerk of Court

**SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS IN A CIVIL ACTION**

To: Affinity Federal Credit Union, 73 Mountainview Blvd., P.O. Box 621, Basking Ridge, NJ 07920

Production: **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information or objects, and to permit inspection, copying, testing, or sampling of the material:

- A list of all accounts owned or managed by or in the name of Charles Betta, either currently or within the last three years (going back to 01-01-2018).
- A list of all accounts owned or managed by or in the name of Capital Advance Solutions, LLC, either currently or within the last three years (going back to 01-01-2018).
- Current balances for the above accounts if still active.
- If any account listed above has been closed, then for that account, also include:
  - the date of closure
  - the authorized party that closed it
  - the final balance before closure
  - Either an average balance from the prior statement OR a list of daily balances from the prior statement period.
  - If a payment or transfer was made to close out the account, the name of the entity or the account that payment was made or transferred to.

Subpoena to Produce Documents, Information, or Objects in a Civil Action

| | |
|---|---|
| Place: Via e-mail from your ordinary place of business, to the email address: Paul.R.F.Schumacher@gmail.com, on or before the specified date. | Date and Time DUE: 45 calendar days after date of issuance, by 5:00 pm EST<br><br>Date Requested : 04-AUG-2020 |

_____ OR _____

*Signature of Clerk or Deputy Clerk*                                              *Attorney's Signature*

The name, e-mail address, and telephone number of the pro se litigant, Paul Schumacher, who issues or requests this subpoena, are: Paul R. F. Schumacher (pro se); Paul.R.F.Schumacher@gmail.com; 979-476-8326.

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

Schumacher
v.
CAPITAL ADVANCE SOLUTIONS, LLC,
Charles Betta,
Dan Logan
----------------------------------/

CASE NO.: 4:18-CV-00436

--------------------------------------------------

**SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS IN A CIVIL ACTION**

To: Charles Betta, 3 Oldwick Ct, Leonardo, NJ 07748

Production: **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information or objects, and to permit inspection, copying, testing, or sampling of the material for Capital Advance Solutions, LLC:

- A statement of current assets, including cash and non-cash assets, as well as any payables or debts owed to the company.
- Every bank account held by the company from Jan-2016 until present, including:
    o Institution and Branch
    o Current value
    o Account Number
    o Name on the account
    o If closed, date closed and to which accounts or entities the funds remaining were transferred on or shortly before closure.
- The certificate of dissolution or termination of the business (if any) from the secretary of state (NJ) recording the termination of the LLC.
- A statement of ownership percentages (as usually filed as part of Form 1065 if a partnership or LLC) for the years 2016-2020.

- A trial balance statement and P&L statement for the company for the EOY accounting for 2016-2019, and current date (if any), including equity value held by partners or owners of the company, by partner or owner.
- A statement of all assets or payments disbursed to the owners for the above period, including the disposition of assets upon termination (if any) of the company.

To be attested to by affidavit by Mr. Betta as owner and agent of the company, or by its current custodian of records (if different).

| | |
|---|---|
| Place: Via e-mail from your ordinary place of business, to the email address: Paul.R.F.Schumacher@gmail.com, on or before the specified date. | Date and Time DUE: 45 calendar days after date of issuance, by 5:00 pm EST<br><br>Date Requested : 04-AUG-2020 |

_____ OR _____

*Signature of Clerk or Deputy Clerk*                              *Attorney's Signature*

The name, e-mail address, and telephone number of the pro se litigant, Paul Schumacher, who issues or requests this subpoena, are: Paul R. F. Schumacher (pro se); Paul.R.F.Schumacher@gmail.com; 979-476-8326.

2

Page 1 of 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

Schumacher                                    CASE NO.: 4:18-CV-00436
v.
CAPITAL ADVANCE SOLUTIONS, LLC,
Charles Betta,
Dan Logan
-----------------------------------/          -------------------------------------------------

**SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS IN A CIVIL ACTION**

To: Charles Betta, 3 Oldwick Ct, Leonardo, NJ 07748

Production: **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information or objects, and to permit inspection, copying, testing, or sampling of the material for Capital Advance Solutions, LLC:

- A statement of current assets, including cash and non-cash assets, as well as any payables or debts owed to the company.
- Every bank account held by the company from Jan-2016 until present, including:
    o Institution and Branch
    o Current value
    o Account Number
    o Name on the account
    o If closed, date closed and to which accounts or entities the funds remaining were transferred on or shortly before closure.
- The certificate of dissolution or termination of the business (if any) from the secretary of state (NJ) recording the termination of the LLC.
- A statement of ownership percentages (as usually filed as part of Form 1065 if a partnership or LLC) for the years 2016-2020.

1

- A trial balance statement and P&L statement for the company for the EOY accounting for 2016-2019, and current date (if any), including equity value held by partners or owners of the company, by partner or owner.
- A statement of all assets or payments disbursed to the owners for the above period, including the disposition of assets upon termination (if any) of the company.

To be attested to by affidavit by Mr. Betta as owner and agent of the company, or by its current custodian of records (if different).

| | |
|---|---|
| Place: Via e-mail from your ordinary place of business, to the email address: Paul.R.F.Schumacher@gmail.com, on or before the specified date. | Date and Time DUE: 45 calendar days after date of issuance, by 5:00 pm EST<br><br>Date Requested : 04-AUG-2020 |

_____  OR  _____

        *Signature of Clerk or Deputy Clerk*                                                    *Attorney's Signature*

---

The name, e-mail address, and telephone number of the pro se litigant, Paul Schumacher, who issues or requests this subpoena, are: Paul R. F. Schumacher (pro se); Paul.R.F.Schumacher@gmail.com; 979-476-8326.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

Schumacher                                         CASE NO.: 4:18-CV-00436
v.
CAPITAL ADVANCE SOLUTIONS, LLC,
Charles Betta,
Dan Logan
----------------------------------/                ---------------------------------------------------


**SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS IN A CIVIL ACTION**


To: Affinity Federal Credit Union, 73 Mountainview Blvd., P.O. Box 621, Basking Ridge, NJ 07920

Production: **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information or objects, and to permit inspection, copying, testing, or sampling of the material:

- A list of all accounts owned or managed by or in the name of Charles Betta, either currently or within the last three years (going back to 01-01-2018).
- A list of all accounts owned or managed by or in the name of Capital Advance Solutions, LLC, either currently or within the last three years (going back to 01-01-2018).
- Current balances for the above accounts if still active.
- If any account listed above has been closed, then for that account, also include:
    - the date of closure
    - the authorized party that closed it
    - the final balance before closure
    - Either an average balance from the prior statement OR a list of daily balances from the prior statement period.
    - If a payment or transfer was made to close out the account, the name of the entity or the account that payment was made or transferred to.

1

| | |
|---|---|
| Place: Via e-mail from your ordinary place of business, to the email address: Paul.R.F.Schumacher@gmail.com, on or before the specified date. | Date and Time DUE: 45 calendar days after date of issuance, by 5:00 pm EST<br><br>Date Requested : 04-AUG-2020 |

_____ OR _____

*Signature of Clerk or Deputy Clerk*                                          *Attorney's Signature*

The name, e-mail address, and telephone number of the pro se litigant, Paul Schumacher, who issues or requests this subpoena, are: Paul R. F. Schumacher (pro se); Paul.R.F.Schumacher@gmail.com; 979-476-8326.

2