# KENT/McBRIDE

1715 Highway 35, Suite 305
Middletown, NJ. 07748
Phone: 732 326 1711
Fax: 732 326 1830
www.kentmcbride.com

Christopher D. Devanny, Esquire
Direct Dial: 732 781 1307
cdevanny@kentmcbride.com

September 15, 2020

**VIA: E-FILE**
Clerk,
United States District Court
Southern District of Texas
515 Rusk Street
Houston, TX 77002

RE: Paul R. F. Schumacher v. Capital Advance Solutions, LLC, Charles Betta and Dan Logan
Case Number: 4:18-cv-00436
File No.: 263.92243

Dear Sir/Madam:

This office represented defendants, Charles Betta and Dan Logan in the above-referenced matter.

The case against Mr. Betta and Mr. Logan was dismissed. Please be advised that this office no longer represents Mr. Betta or Mr. Logan. Kindly remove my name from the electronic notification list.

Should you have any further questions or concerns, please feel free to contact the undersigned. Thank you.

Very truly yours,

Christopher D. Devanny

CDD/vr
Encl
cc: Paul R. F. Schumacher, Pro Se

G:\C Devanny\Capital Advance Solutions\Schumacher\Court\2020 09-15 ltr to court re out of case.wpd

Philadelphia, PA • Blue Bell, PA • Pittsburgh, PA • Cherry Hill, NJ • Pleasantville, NJ • Wilmington, DE • New York, NY

KM