# Attachment B

```
Proof of Delivery of Subpoena
on 23 - OCT - 2020
```

## USPS Tracking®

FAQs >

**Track Another Package +**

**Tracking Number:** 70190700000117519488                                Remove ✕

Your item was delivered to an individual at the address at 3:28 pm on October 23, 2020 in LEONARDO, NJ 07737.

### ✓ Delivered

October 23, 2020 at 3:28 pm
Delivered, Left with Individual
LEONARDO, NJ 07737

**Get Updates** ∨

---

Text & Email Updates ∨

---

Tracking History ∨

---

Product Information ∨

---

See Less ∧

### Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.



```
            DOWNTOWN BRYAN
         210 W WM J BRYAN PKWY
            BRYAN, TX 77803-9998
               (800)275-8777
10/20/2020                         04:08 PM
----------------------------------------------
                         Unit        Price
Product            Qty   Price
----------------------------------------------
First-Class Mail®   1               $0.55
Letter
    Leonardo, NJ  07737
    Weight: 0 lb 0.50 oz
    Estimated Delivery Date
    Sat 10/24/2020
    Certified Mail®                 $3.55
        Tracking #:
        70190700000117519488
Total                               $4.10
                                   ------
                                    $4.10
Grand Total:                       ------
                                    $4.10
Credit Card Remitted
    Card Name: AMEX
    Account #: XXXXXXXXXXXX7008
    Approval #: 888323
    Transaction #: 289                Chip
    AID: A000000025010801
    AL: AMERICAN EXPRESS
    PIN: Not Required
----------------------------------------------

************************************************
         Due to limited transportation
         availability as a result of
         nationwide COVID-19 impacts
         package delivery times may be
         extended. Priority Mail Express®
            service will not change.
************************************************

Text your tracking number to 28777 (2USPS)
to get the latest status. Standard Message
and Data rates may apply. You may also
visit www.usps.com USPS Tracking or call
               1-800-222-1811.

               Preview your Mail
               Track your Packages
               Sign up for FREE @
               www.informeddelivery.com

    All sales final on stamps and postage.
    Refunds for guaranteed services only.
          Thank you for your business.

         Tell us about your experience.
     Go to: https://postalexperience.com/Pos
           840-5770-0248-003-00033-40086-02
     or scan this code with your mobile device,
```



```
              or call 1-800-410-7420.
----------------------------------------------

UFN: 481151-0802
Receipt #: 840-57700248-3-3340086-2
```

