UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

Schumacher                                              CASE NO.: 4:18-CV-00436

v.

CAPITAL ADVANCE SOLUTIONS, LLC,
Charles Betta,

Dan Logan                                               ----------------------------------------------

----------------------------------/

## [Proposed] ORDER

This cause comes before the Court on Plaintiff's Motion To Compel and Motion for Contempt. The Court has reviewed the Motion and is fully informed of the premises. Accordingly, it is ordered that:

____ Mr. Betta is hereby ordered to respond forthwith to the document request issued by this court as a subpoena on 13-OCT-2020 as detailed in that subpoena.

____ Mr. Betta is found in contempt of this court and will be fined _____ per day, starting on the date _____, until such time as the document request has been completed to the satisfaction of this court.

Motion is hereby APPROVED. So ordered this _____ day of _____, 2019

                                                                                          _____

                                                                                          _____

                                                                                         _____