To Clerk of Court:

As the defendant, Capital Advance Solutions, LLC, has not responded to a demand for payment of the judgement awarded in this case (and has not appealed the verdict), I am now proceding with post-judgement discovery. The first step we are taking is to track down assets that can be seized to satisfy the judgement.

In aid of this, I am requesting that the attached subpoenas be issued for Capital Advance Solutions (defendant) via its agent of record, and to the owner/operator/agent of record for the company, Charles Betta.

Thank you,
Paul R. F. Schumacher

1512 Oakview St.
Bryan, Tx 77802

United States Courts
Southern District of Texas
FILED

FEB 23 2021

Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

Schumacher
v.
CAPITAL ADVANCE SOLUTIONS, LLC,
Charles Betta,
Dan Logan
-----------------------------------/

CASE NO.: 4:18-CV-00436

--------------------------------------------------

**SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS IN A CIVIL ACTION**

To: Charles Betta, 3 Oldwick Ct, Leonardo, NJ 07748

Production: **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information or objects, and to permit inspection, copying, testing, or sampling of the material for Capital Advance Solutions, LLC:

- A statement of current assets, including cash and non-cash assets, as well as any payables or debts owed to the company.
- Every bank account held by the company from Jan-2016 until present, including:
    - Institution and Branch
    - Current value
    - Account Number
    - Name on the account
    - If closed, date closed and to which accounts or entities the funds remaining were transferred on or shortly before closure.
- The certificate of dissolution or termination of the business (if any) from the secretary of state (NJ) recording the termination of the LLC.
- A statement of ownership percentages (as usually filed as part of Form 1065 if a partnership or LLC) for the years 2016-2020.

1

- A trial balance statement and P&L statement for the company for the EOY accounting for 2016-2019, and current date (if any), including equity value held by partners or owners of the company, by partner or owner.
- A statement of all assets or payments disbursed to the owners for the above period, including the disposition of assets upon termination (if any) of the company.

To be attested to by affidavit by Mr. Betta as owner and agent of the company, or by its current custodian of records (if different).

| | |
|---|---|
| Place: Via e-mail from your ordinary place of business, to the email address: Paul.R.F.Schumacher@gmail.com, on or before the specified date. (or at your ordinary place of business to our designated agent at a mutually-agreed time and date, should the court not allow for electronic delivery.) | Date and Time DUE: 45 calendar days after date of issuance, by 5:00 pm EST<br><br>Date Requested : 11-FEB-2021 |

_____    OR    _____

*Signature of Clerk or Deputy Clerk*                              *Attorney's Signature*

---

The name, e-mail address, and telephone number of the pro se litigant, Paul Schumacher, who issues or requests this subpoena, are: Paul R. F. Schumacher (pro se); Paul.R.F.Schumacher@gmail.com; 979-476-8326.

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

Schumacher
v.
CAPITAL ADVANCE SOLUTIONS, LLC,
Charles Betta,
Dan Logan
----------------------------------/

CASE NO.: 4:18-CV-00436

-------------------------------------------

**SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS IN A CIVIL ACTION**

To: Charles Betta, 3 Oldwick Ct, Leonardo, NJ 07748

Production: **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information or objects, and to permit inspection, copying, testing, or sampling of the material for Capital Advance Solutions, LLC:

- A statement of current assets, including cash and non-cash assets, as well as any payables or debts owed to the company.
- Every bank account held by the company from Jan-2016 until present, including:
    - Institution and Branch
    - Current value
    - Account Number
    - Name on the account
    - If closed, date closed and to which accounts or entities the funds remaining were transferred on or shortly before closure.
- The certificate of dissolution or termination of the business (if any) from the secretary of state (NJ) recording the termination of the LLC.
- A statement of ownership percentages (as usually filed as part of Form 1065 if a partnership or LLC) for the years 2016-2020.

1

- A trial balance statement and P&L statement for the company for the EOY accounting for 2016-2019, and current date (if any), including equity value held by partners or owners of the company, by partner or owner.
- A statement of all assets or payments disbursed to the owners for the above period, including the disposition of assets upon termination (if any) of the company.

To be attested to by affidavit by Mr. Betta as owner and agent of the company, or by its current custodian of records (if different).

| | |
|---|---|
| Place: Via e-mail from your ordinary place of business, to the email address: Paul.R.F.Schumacher@gmail.com, on or before the specified date. (or at your ordinary place of business to our designated agent at a mutually-agreed time and date, should the court not allow for electronic delivery.) | Date and Time DUE: 45 calendar days after date of issuance, by 5:00 pm EST<br><br>Date Requested : 11-FEB-2021 |

_____ OR _____
*Signature of Clerk or Deputy Clerk*              *Attorney's Signature*

---

The name, e-mail address, and telephone number of the pro se litigant, Paul Schumacher, who issues or requests this subpoena, are: Paul R. F. Schumacher (pro se); Paul.R.F.Schumacher@gmail.com; 979-476-8326.

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

Schumacher

v.

CAPITAL ADVANCE SOLUTIONS, LLC,

Charles Betta,

Dan Logan

------------------------------------/

CASE NO.: 4:18-CV-00436

-------------------------------------------------

**SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS IN A CIVIL ACTION**

To: Capital Advance Solutions, LLC,

c/o its registered Agent Charles Betta, 3 Oldwick Ct, Leonardo, NJ 07748

Production: **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information or objects, and to permit inspection, copying, testing, or sampling of the material for Capital Advance Solutions, LLC:

- A statement of current assets, including cash and non-cash assets, as well as any payables or debts owed to the company.
- Every bank account held by the company from Jan-2016 until present, including:
  - Institution and Branch
  - Current value
  - Account Number
  - Name on the account
  - If closed, date closed and to which accounts or entities the funds remaining were transferred on or shortly before closure.
- The certificate of dissolution or termination of the business (if any) from the secretary of state (NJ) recording the termination of the LLC.
- A statement of ownership percentages (as usually filed as part of Form 1065 if a partnership or LLC) for the years 2016-2020.

1

- A trial balance statement and P&L statement for the company for the EOY accounting for 2016-2019, and current date (if any), including equity value held by partners or owners of the company, by partner or owner.
- A statement of all assets or payments disbursed to the owners for the above period, including the disposition of assets upon termination (if any) of the company.

To be attested to by affidavit by Mr. Betta as owner and agent of the company, or by its current custodian of records (if different).

| Place: Via e-mail from your ordinary place of business, to the email address: Paul.R.F.Schumacher@gmail.com, on or before the specified date. (or at your ordinary place of business to our designated agent at a mutually-agreed time and date, should the court not allow for electronic delivery.) | Date and Time DUE: 45 calendar days after date of issuance, by 5:00 pm EST<br><br>Date Requested : 11-FEB-2021 |
|---|---|
| _____<br>*Signature of Clerk or Deputy Clerk* | OR _____<br>*Attorney's Signature* |

The name, e-mail address, and telephone number of the pro se litigant, Paul Schumacher, who issues or requests this subpoena, are: Paul R. F. Schumacher (pro se); Paul.R.F.Schumacher@gmail.com; 979-476-8326.

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

Schumacher
v.
CAPITAL ADVANCE SOLUTIONS, LLC,
Charles Betta,
Dan Logan
-----------------------------------/

CASE NO.: 4:18-CV-00436

-------------------------------------------------

**SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS IN A CIVIL ACTION**

To: Capital Advance Solutions, LLC,

   c/o its registered Agent Charles Betta, 3 Oldwick Ct, Leonardo, NJ 07748

Production: **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information or objects, and to permit inspection, copying, testing, or sampling of the material for Capital Advance Solutions, LLC:

- A statement of current assets, including cash and non-cash assets, as well as any payables or debts owed to the company.
- Every bank account held by the company from Jan-2016 until present, including:
  - Institution and Branch
  - Current value
  - Account Number
  - Name on the account
  - If closed, date closed and to which accounts or entities the funds remaining were transferred on or shortly before closure.
- The certificate of dissolution or termination of the business (if any) from the secretary of state (NJ) recording the termination of the LLC.
- A statement of ownership percentages (as usually filed as part of Form 1065 if a partnership or LLC) for the years 2016-2020.

1

- A trial balance statement and P&L statement for the company for the EOY accounting for 2016-2019, and current date (if any), including equity value held by partners or owners of the company, by partner or owner.
- A statement of all assets or payments disbursed to the owners for the above period, including the disposition of assets upon termination (if any) of the company.

To be attested to by affidavit by Mr. Betta as owner and agent of the company, or by its current custodian of records (if different).

| | |
|---|---|
| Place: Via e-mail from your ordinary place of business, to the email address: Paul.R.F.Schumacher@gmail.com, on or before the specified date. (or at your ordinary place of business to our designated agent at a mutually-agreed time and date, should the court not allow for electronic delivery.) | Date and Time DUE: 45 calendar days after date of issuance, by 5:00 pm EST<br><br>Date Requested : 11-FEB-2021 |

_____   OR   _____
*Signature of Clerk or Deputy Clerk*                    *Attorney's Signature*

---

The name, e-mail address, and telephone number of the pro se litigant, Paul Schumacher, who issues or requests this subpoena, are: Paul R. F. Schumacher (pro se); Paul.R.F.Schumacher@gmail.com; 979-476-8326.

2